IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | |
| | ) | |
| Petitioner, | ) | 8:17CV165 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK FOXHALL, Warden/C.E.O., | ) | JUDGMENT |
| SEAN LYNCH, Douglas County | ) | |
| Attorney, and BRENDA LEUCK, | ) | |
| Public Defender of Douglas, | ) | |
| | ) | |
| Respondents. | ) | |

IT IS ORDERED that judgment is entered for the Respondents and against Petitioner providing that this case is dismissed without prejudice. No certificate of appealability has been or will be issued by the undersigned.

DATED this 5th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge